ORIGINAL

| | |
|---|---|
| Peter J. Schulz, Esquire, State Bar No. 167646<br>Jon S. Brick, Esquire, State Bar No. 120474<br>LAW OFFICES<br>**GRECO & TRAFICANTE**<br>555 WEST BEECH STREET - SUITE 500<br>SAN DIEGO, CALIFORNIA 92101<br>(619) 234-3660<br>FAX: 234-0626 | FILED<br>2006 SEP -8  PM 3: 03<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____RW_____DEPUTY |

Attorneys for Plaintiffs GERARD R. DINKEL and JEAN M. DINKEL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD R. DINKEL and JEAN M. DINKEL,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL SPRINKLER COMPANY, a Pennsylvania corporation,<br><br>Defendant.<br><br>AND ALL RELATED ACTIONS. | Case No. 04CV1984 JM (RBB)<br>Consolidated with O5CV 1215 (RBB)<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that the above-captioned matter, including all cross-actions and counter claims, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: 8/31/06

GRECO & TRAFICANTE

By: _____
Peter J. Schulz, Esq.
Jon S. Brick, Esq.
Attorneys for GERALD R. DINKEL and
JEAN M. DINKEL

1

DIN-001/Stipulation Re - Dismissal 081406.wpd

STIPULATION OF DISMISSAL



```
 1  Dated: _____                SHOOK, HARDY & BACON, LLP
 2
 3                                       By: _____
                                              Trajan Perez, Esq.  Glenn Thompson
 4                                            Co-Counsel for Defendant CENTRAL
                                              SPRINKLER COMPANY
 5
 6
 7  Dated: _____                KOLETSKY, MANCINI, FELDMAN & MORROW
 8
 9                                       By: _____
                                              Susan Caldwell, Esq.
10                                            Attorneys for PRECISION FIRE
                                              PROTECTION
11
12
13  Dated: 8/30/2006
14                                       By: _____
                                              John Quincy Goodrich, Esq.
15                                            Attorneys for State Farm Insurance Co.
16
17                                       ORDER
18
19  IT IS SO ORDERED:
20
21  Dated: _____                _____
22                                       Judge Jeffrey Miller
23
24
25
26
27
28
```

DIN-001/Stipulation Re - Dismissal 081406.wpd

2

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1  Dated: _____ | SHOOK, HARDY & BACON, LLP |
| 2 | |
| 3 | By: _____ |
| 4 | Trejan Perez, Esq. |
| 5 | Co-Counsel for Defendant CENTRAL SPRINKLER COMPANY |
| 6 | |
| 7  Dated: 8/30/2006 | KOLETSKY, MANCINI, FELDMAN & MORROW |
| 8 | |
| 9 | By: [signature] |
| 10 | Susan Caldwell, Esq. / Alex M. Grigorians, Esq. |
|  | Attorneys for PRECISION FIRE PROTECTION |
| 11 | |
| 12 | |
| 13  Dated: _____ | |
| 14 | By: _____ |
| 15 | John Quincy Goodrich, Esq. |
|  | Attorneys for State Farm Insurance Co. |
| 16 | |
| 17 | **ORDER** |
| 18 | |
| 19  IT IS SO ORDERED: | |
| 20 | |
| 21  Dated: 9/7/06 | [signature] |
| 22 | Judge Jeffrey Miller |

DIN-001/Stipulation Re - Dismissal 081406.wpd

2

STIPULATION OF DISMISSAL